IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: David Tebor | ) | |
| | ) | |
| | ) | Case No. 14-4200-HAC |
| | ) | |
| Debtors. | ) | Chapter 13. |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, AL 36602, and serve a copy on the movant's attorney, Judson E. Crump, at 250 Congress Street, Mobile, AL 36603. If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

CONTESTED MATTER: DEBTOR'S OBJECTION TO CLAIM #5

COMES NOW the Debtor, by and through his attorney of record and objects to Claim #5, which has been filed by Cavalry SPV I, LLC. As grounds therefor, the Debtor represents as follows:

1. The Debtor has never had any business dealings with the Claimant and does not owe the Claimant any money.
2. The Claimant lacks standing to assert any claim against the Debtor or the Estate.

WHEREFORE, PREMISES CONSIDERED, Your Debtor respectfully prays this Honorable Court enter an order disallowing Claim #5.

RESPECTFULLY SUBMITTED,

/s/ Judson E. Crump

Judson E. Crump

Judson E. Crump, PC
250 Congress Street
Mobile, AL 36603
251.272.9148
judson@judsonecrump.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6th Day of June, 2016, I have served a true and correct copy of the foregoing upon the Claimant at the address below by filing the same with the CM/ECF system and by First Class U.S. Mail:

Cavalry SPV I, LLC
Bass & Associates, PC
3936 E Ft. Lowell Rd, Ste 200
Tuscon, AZ 85712