UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re
DAVID A. TEBOR  Case No. 14-04200-HAC-13
XXX-XX-5172
    Debtor(s).

## TRUSTEE'S RESPONSE TO OBJECTION TO CLAIM

COMES NOW Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby responds to the Debtor's objection to the claim of CAVALRY SPV I, LLC; Claim 5.

1. The Trustee issued disbursements to the creditor on the timely-filed Proof of Claim.
2. The Objection to Claim was filed after disbursements were already issued to the creditor, and it appears that the objection seeks to disallow the claim in its entirety.

Based on the foregoing, the Trustee respectfully requests the Court to consider the disbursements already issued to the creditor in the Court's ruling in this matter, or for other orders as the Court deems appropriate.

Dated: June 9, 2016

/s/Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL  36633
(251) 438-4615

### CERTIFICATE OF SERVICE

Movant certifies that a copy of the foregoing was served on the parties listed below by first class mail or notice of electronic filing on June 9, 2016.

/s/Daniel B. O'Brien
Daniel B. O'Brien
Chapter 13 Trustee

DAVID A. TEBOR
JUDSON E. CRUMP PC

CAVALRY SPV I, LLC
c/o BASS & ASSOCIATES PC
3936 E. FT. LOWELL RD, STE 200
TUCSON, AZ 85712